IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KENNETH COOPER,**

**Plaintiff,**

**vs.**

**SEARS AUTO CENTER,**

**Defendant.**                                                                 No. 05-CV-00184-DRH

**ORDER**

**HERNDON, District Judge:**

Because Plaintiff has failed to file an amended complaint that states a valid cause of action over which this Court has jurisdiction by May 20, 2005 as required by the Court's April 19, 2005 Order (Doc. 7), the Court **DISMISSES** Plaintiff's case without prejudice.

**IT IS SO ORDERED.**

Signed this 31st day of May, 2005.

/s/   David RHerndon

**United States District Judge**